UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARK INDUSTRIES, INC.,

Plaintiff,

v.

BACA SYSTEMS, LLC,

Defendant.

Case No. 2-25-cv-11444

Hon. Mark A. Goldsmith

# STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Counsel for the parties, including counsel for Defendant BACA Systems, Inc. who has not made an appearance in this matter, have met and conferred regarding the contents of the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended through and including December 1, 2025.

A copy of this filed stipulation will be served on counsel for Defendant BACA Systems, Inc. consistent with the parties' communications (i.e. email).

Date: October ____, 2025

Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO

/s/ Jason D. Killips
Jason D. Killips (P67883)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800 / killips@bwst-law.com
*Counsel for Park Industries*