UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARK INDUSTRIES, INC.,

Plaintiff,

v.

BACA SYSTEMS, LLC,

Defendant.

Case No. 2-25-cv-11444

Hon. Mark A. Goldsmith

---

# PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Park Industries, Inc., through its undersigned counsel, hereby dismisses with prejudice the above-captioned action. Defendant BACA Systems, LLC has served neither an answer nor a motion for summary judgment.

Date: November 20, 2025

Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO

/s/ Jason D. Killips

Jason D. Killips (P67883)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800 / killips@bwst-law.com
*Counsel for Park Industries*